R. F. BULL v. H. E. FOREST.

(No. 1601, Op. Book No. 3, p. 660.)

APPEAL from Grayson County. Opinion by HURT, J.

§ 179. *Attachment; writ of; clerk may issue.* A clerk of the county court has the authority, in a proper case, to issue the writ of attachment without an order of the judge.

Reversed and remanded.